JONATHON S. FARAHI (SBN 324316)
FARAHI LAW FIRM, APC 12079
Jefferson Boulevard Los Angeles, California 90230
Telephone: (310) 774-4500
Facsimile:(424) 295-0557

Attorneys for Plaintiff Elizabeth Barajas

DEBORAH S. TROPP, ESQ. – BAR NO. 162613
dtropp@mtbattorneys.com
TRACY L. BREUER, ESQ. – BAR NO. 238687
tbreuer@mtbattorneys.com
McNEIL TROPP & BRAUN LLP
2 Park Plaza, Suite 620
Irvine, California  92614
Ph:  (949) 259-2890; Fax:  (949) 259-2891

Attorneys for Defendant
COSTCO WHOLESALE CORPORATION, a Washington Corporation

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### SOUTHERN DIVISION

| | |
|---|---|
| ELIZABETH BARAJAS,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>COSTCO WHOLESALE CORPORATION and DOES 1-25,<br><br>　　　　　Defendants, | CASE NO.: 8:19-cv-2297<br><br>**JOINT STIPULATION RE: SETTLEMENT AND REQUEST TO VACATE ALL CURRENTLY SET DATES AND FOR DISMISSAL OF ACTION** |

　　　PLEASE TAKE NOTICE that Plaintiff ELIZABETH BARAJAS and Defendant COSTCO WHOLESALE CORPORATION, by and through their designated counsel, hereby notify the court that a settlement has been reached in the above-captioned case.

　　　The Plaintiff and Defendant, therefore, apply to this Honorable court to vacate all currently set dates and for a dismissal of the case with prejudice.

---

1

Case No.: 8:19-cv-2297　　　　　JOINT STIPULATION RE: SETTLEMENT AND REQUEST TO VACATE ALL CURRENTLY SET DATES AND FOR DISMISSAL OF ACTION

Dated: September 7, 2021                Farahi Law Firm, APC

                                        By:   /s/Jonathon Farahi
                                              Jonathon S. Farahi, Esq
                                              Attorneys for Plaintiff


Dated: September 7, 2021                McNEIL TROPP & BRAUN LLP

                                        By:   /s/ Tracy Breuer
                                              Deborah S. Tropp, Esq.
                                              Tracy L. Breuer, Esq.
                                              Attorneys for Defendant COSTCO WHOLESALE CORPORATION


## SIGNATURE CERTIFICATION

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to Tracy L. Breuer, Esq. counsel for the Plaintiff, and that I have obtained authorization from Tracy L. Breuer, Esq.to affix his electronic signature to this document.


Dated: September 7, 2021                Farahi Law Firm, APC

                                        By:   /s/Jonathon Farahi
                                              Jonathon S. Farahi, Esq
                                              Attorneys for Plaintiff

2

Case No.: 8:19-cv-2297     JOINT STIPULATION RE: SETTLEMENT AND REQUEST TO VACATE ALL CURRENTLY SET DATES AND FOR DISMISSAL OF ACTION

# CERTIFICATE OF SERVICE

I hereby certify on September 7, 2021, I electronically filed the foregoing: **JOINT STIPULATION RE: SETTLEMENT AND REQUEST TO VACATE ALL CURRENTLY SET DATES AND FOR DISMISSAL OF ACTION** with the Clerk of the Court for the United States District Court, Central District of California by using the Central District CM/ECF system.

Participants in the case who are registered CM/ECF users will be served by the USDC-Central District of California CM/ECF system.

I further certify that participants in the case not registered to as CM/ECF users have been mailed a true and correct copy of the above described documents by First Class Mail, postage pre-paid, to the following non-CM/ECF participants:

Jonathon S Farahi, Esq.
Farahi Law Firm APC
5340 Alla Road, Suite HOF
Los Angeles, California 90066

I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the United States Postal Service on that same day, with postage thereon fully prepaid at Irvine, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing an affidavit.

☑ **FEDERAL:** I declare under penalty of perjury in accordance with 28 U.S.C. Section 1746 that the foregoing is true and correct.

Executed on September 7, 2021, at Irvine, California.

*/s/ Tracy L. Breuer*
TRACY L. BREUER