**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SOUTHERN DIVISION**

| | |
|---|---|
| ELIZABETH BARAJAS,<br><br>        Plaintiff,<br><br>vs.<br><br>COSTCO WHOLESALE CORPORATION and DOES 1-25,<br><br>        Defendants, | CASE NO.: 8:19-cv-2297JVS(ADSx)<br><br>**ORDER** |

    The Court hereby vacates all currently set dates and dismisses this case with prejudice.

Dated: September 07, 2021

_____
United States District Judge, James V Selna

---

Case No.: 8:19-cv-2297        1        ORDER